JOHN M. BEMIS et al., Appellants, *v.* COLLIS P. HUNTINGTON, Respondent.

*Bemis* v. *Huntington*, 15 App. Div. 627, appeal dismissed.
(Argued June 7, 1897; decided June 22, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1897, which dismissed an appeal from an order of Special Term granting a motion for an order of interpleader.

*Edward Hassett* for appellants.

*Maxwell Evarts* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

WILLIAM O. PLATT et al., as Trustees, Respondents, *v.* NEW YORK AND SEA BEACH RAILWAY COMPANY et al., AUGUST MEIDLING, JR., Appellant.

*Platt* v. *N. Y. & Sea Beach R. Co.*, 9 App. Div. 87, 628, affirmed.
(Argued June 7, 1897; decided June 22, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 6, 1896, which affirmed an order of Special Term denying a motion to correct or modify an order appointing a receiver and to vacate or modify a judgment of foreclosure.

*Joseph Wamsley* for appellant.

*Frederic A. Ward* for respondents.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.